STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 96 00220 ACK |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [18 U.S.C. §§ 1015; 1425(b)] |
| | ) | |
| ELMAR MARQUEZ DEJESUS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about March 19, 1992, in the District of Hawaii,
the Defendant, ELMAR MARQUEZ DEJESUS, knowingly procured, applied
for, and obtained Naturalization to which he was not entitled, in
violation of Title 18, United States Code, Section 1425(b).

## COUNT 2

The Grand Jury further charges:

On or about March 19, 1992, in the District of Hawaii, the Defendant, ELMAR MARQUEZ DEJESUS, knowingly made a false statement under oath in a case, proceeding, and matter relating to naturalization in that the Defendant stated on his INS Form N-400, Application to file Petition for Naturalization, that he had been married one time and that the date of his marriage was March 27, 1989, when in fact, as the Defendant knew, he was married on June 2, 1983, a fact which was material in that the true information would have revealed that his initial entry into the United States was unlawful, in violation of Title 18, United States Code, Section 1015.

## COUNT 3

The Grand Jury further charges:

On or about July 14, 1992, in the District of Hawaii, the Defendant, ELMAR MARQUEZ DEJESUS, knowingly made a false statement under oath in a case, proceeding, and matter relating to naturalization in that he stated to an INS examiner that he had been married one time and that the date of his marriage was March 27, 1989, when in fact, as the Defendant knew, he was married on June 2, 1983, a fact which was material in that the true information would have revealed that his initial

entry into the United States was unlawful, in violation of Title 18, United States Code, Section 1015.

DATED: _February 22_, 1996, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney

USA v. ELMAR MARQUEZ DEJESUS
Cr. No. _____
"Indictment"

3